

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: 08 MJ 8510 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Ernesto VALDES, Jr. | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about June 5, 2008, within the Southern District of California, defendant Ernesto VALDES, Jr., did knowingly and intentionally import approximately 23.76 kilograms (52.27 pounds) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 6TH, DAY OF JUNE 2008.

Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Ernesto VALDES, Jr.

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Joe Morquecho.

On June 5, 2008, at approximately 0833 hours, Ernesto VALDES, Jr., entered the United States at the Calexico, CA West Port of Entry. VALDES was the driver and registered owner of 2000 Toyota Tacoma.

Customs Border Protection Officer Ramos was assigned to primary lanes when VALDES entered his lane. VALDES gave Officer Ramos a negative oral Customs declaration. Officer Ramos noted during the inspection that the spare tire of the vehicle was unusually solid. Officer Ramos referred VALDES and the vehicle to the vehicle secondary lot.

In the vehicle secondary lot, Officer Tarin received a negative oral Customs declaration from VALDES. VALDES said he was the owner of the vehicle and resided in San Diego, CA. Officer Tarin requested Canine Enforcement Officer (CEO) Alba screen the vehicle for contraband with his assigned Narcotic Detector Dog (NDD). CEO Alba noted his NDD alerted to the vehicle.

A subsequent inspection of the vehicle revealed 20 packages in the spare tire of the vehicle. Officer Tarin probed one of the packages and a sample of a white powdery substance was obtained, which field tested positive for cocaine. The 20 packages had a combined net weight of approximately 23.76 kilograms (52.27 pounds).

A California Department of Motor Vehicle registration with the name of VALDES, Ernesto Jr., of 11170 Batavia Circle San Diego, CA 92126 was found in the vehicle. A call to Emma Navarro, VALDES mother, revealed that VALDEZ has not lived at that address.