1 | **MICHELLE BETANCOURT**
California State Bar No.  215035
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California  92101-5008
Telephone:  (619) 234-8467 Ext. 3737
4 | Facsimile:    (619) 687-2666
michelle_betancourt@fd.org
5 |

6 | Attorneys for Mr. Valdes Jr.,

7 |

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,          )     Case No. 08mj8510
                                      )
12 |                 Plaintiff,        )
                                      )
13 | v.                               )
                                      )     **NOTICE OF APPEARANCE**
14 | **ERNESTO VALDES, JR.,**          )
                                      )
15 |                 Defendant.        )
                                      )

16 |

17 |         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 | Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record

19 | in the above-captioned case.

20 |                                          Respectfully submitted,

     Dated: June 10, 2008                     s/  *Michelle Betancourt*
21 |                                          **MICHELLE BETANCOURT**
                                             Federal Defenders of San Diego, Inc.
22 |                                          Attorneys for Defendant
                                             michelle_betancourt@fd.org
23 |

24 |

25 |

26 |

27 |

28 |

1 | **MICHELLE BETANCOURT**
California State Bar No. 215035
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 | Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6 | Attorneys for Mr. Valdes, Jr.,

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )     Case No. 08mj8510
                                       )
12 |          Plaintiff,               )
                                       )
13 | v.                                )     PROOF OF SERVICE
                                       )
14 | **ERNESTO VALDES JR.**,           )
                                       )
15 |          Defendant.               )
                                       )
16

17 |          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 | best of her information and belief, and that a copy of the foregoing document has been served via

19 | CM/ECF this day upon:

20 |          Assistant United States Attorney
             efile.dkt.gc1@usdoj.gov
21

22 | Dated: June 10, 2008                          *s/ Michelle Betancourt*
                                                   MICHELLE BETANCOURT
23 |                                               Federal Defenders of San Diego, Inc.,
                                                   225 Broadway, Suite 900
24 |                                               San Diego, CA 92101-5030
                                                   (619) 234-8467 (tel)
25 |                                               (619) 687-2666 (fax)
                                                   e-mail: michelle_betancourt@fd.org
26

27

28